IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00782-GPG

**JOSEPH P. COTTER**,

    Plaintiff,

v.

**MR. JOHN HICKENLOOPER**,
Governor of the State of Colordo,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 20, 2015, it is hereby

**ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 20 day of April, 2015.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/A. Lowe
            Deputy Clerk